DAVID I. DALBY (SBN: 114750)
JILL BURESH NAIL (SBN: 229044)
ddalby@hinshawlaw.com
jnail@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DYER,<br>              Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>              Defendant. | Case No.: CV 09 01562 MEJ<br><br>STIPULATION EXTENDING TIME TO FILE MOTION(S) FOR SUMMARY JUDGMENT AND ~~PROPOSED~~ ORDER<br><br>Civil Local Rule 6-2<br><br>Hon. Maria-Elena James<br><br>Complaint Filed:           March 18, 2009<br>Removed to District Court:  April 9, 2009<br><br>Trial:                     August 23, 2010 |

**STIPULATION EXTENDING TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT**

*WHEREAS,* on or about March 18, 2009, plaintiff Natalie Dyer filed this action alleging claims against defendant G C Services Limited Partnership;

*WHEREAS,* plaintiff Natalie Dyer and defendant G C Services Limited Partnership have participated in good faith settlement negotiations over the course of several months, including a mediation on December 28, 2009, but have not been able to resolve this case by a settlement;

1

1  *WHEREAS*, defendant GC Services Limited Partnership maintains that it has
2  meritorious defenses to this action and plaintiff Natalie Dyer maintains that she has
3  meritorious claims against defendants;

4  *NOW, THEREFORE*, pursuant to Civil Local Rule 6-2, defendant GC Services
5  Limited Partnership and plaintiff Natalie Dyer hereby stipulate that the March 18, 2010
6  deadline for filing dispositive motions established in the Court's Case Management Order
7  dated August 5, 2009 is extended to April 30, 2010.

8  Pursuant to Civil Local Rule 7-2, all dispositive motions shall be filed, served, and
9  noticed by April 30, 2010.  The parties shall file a joint statement of undisputed facts
10 pursuant to Civil Local Rule 56-2(b) when filing a motion for summary judgment.  The
11 Court shall hear dispositive motion on Thursday, June 3, 2010 at 10:00 a.m. in
12 Courtroom B, 15th Floor of the Federal Building located at 450 Golden Gate Avenue,
13 San Francisco, California.

14 IT IS SO STIPULATED.

15 DATED:  April 8, 2010                                HINSHAW & CULBERTSON LLP

17                                                      /s/ David I. Dalby
                                                       David I. Dalby
                                                       Jill Buresh Nail
18                                                     Attorneys for Defendant
                                                       GC SERVICES LIMITED PARTNERSHIP

19 DATED: April 8, 2010
                                                       KROHN & MOSS, LTD.

21                                                      /s/ Ryan Lee
                                                       Ryan Lee
22                                                     Attorneys for Plaintiff
                                                       Natalie Dyer

2

1  IT IS SO ORDERED.

2

3

4  DATED: April __12__, 2010

    _____
    Maria-Elena James
    Chief United States Magistrate Judge

3

STIPULATION EXTENDING THE TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT
CASE NO. CV 09 1562 MEJ

2992674v1 898441 46121