UNITED STATES DISTRICT COURT

Northern District of California

NATALIE DYER,

        Plaintiff(s),                   No. C 09-01562 MEJ

  v.

GC SERVICES,                           **ORDER VACATING PRETRIAL AND TRIAL DATES**

        Defendant(s).
_____/

The Court is in receipt of the Notice of Settlement filed by Defendant GC Services. (Dkt. #20.) Accordingly, all pretrial and trial dates are hereby VACATED. If the parties have not filed a dismissal by May 21, 2010, they shall file a joint status report by that date, and shall file a joint status report every four weeks thereafter.

**IT IS SO ORDERED.**

Dated: April 27, 2010

                                            _____
                                            Maria-Elena James
                                            Chief United States Magistrate Judge