1
2
3
4                    UNITED STATES DISTRICT COURT
5                      Northern District of California
6
7   NATALIE DYER,
8              Plaintiff(s),                No. C 09-1562 MEJ
      v.
9                                           **ORDER RE STATUS**
    GC SERVICES,
10
               Defendant(s).
11  _____/
12
13      On April 21, 2010, the Court ordered the parties to file a stipulation for dismissal or joint
14  status report by May 21, 2010.  (Dkt. #21.)  To date, the parties have not responded to the April 21
15  Order.  Accordingly, the Court hereby ORDERS the parties to file a stipulation for dismissal or joint
16  status report by June 8, 2010.
17      **IT IS SO ORDERED.**
18
19  Dated: May 25, 2010
                                            _____
20                                          Maria-Elena James
                                            Chief United States Magistrate Judge
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California