**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE DYER, | Case No.: **09-cv-01562** |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| GC SERVICES, LP, | |
| Defendant.. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 8, 2010

_____
The Honorable Judge
United States District Judge